AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------------------------------------------------DISTRICT OF-------------------------------------------------
## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12
WELFARE, PENSION, ANNUITY, and FRINGE
BENEFIT FUNDS; AND PLUMBERS AND
GASFITTERS LOCAL UNION NO. 12

v.

DOWD PLUMBING CORPORATION; ARTHUR D.
DOWD, JR. GUARANTOR; MARY C. DOWD
GUARANTOR; TWO HARRIS AVENUE REALTY
TRUST, GUARANTOR

05  11077 NG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

DOWD PLUMBING CORPORATION
*c/o Its Clerk of the Corporation:*
Mary Dowd
3 Morton Street
Stoughton, MA  02072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Cheverie, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT  06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

MAY 23 2005

DATE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

_____
Address of Server

Executed on _____   _____
              Date            Signature of Server

...service and statement of service fees is true and correct.

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

June 15, 2005

I hereby certify and return that on 6/15/2005 at 7:41AM I served a true and attested copy of the summons, complaint and civil cover sheet in this action in the following manner: To wit, by delivering in hand to Mary Dowd, , person in charge at the time of service for  Dowd Plumbing Corporation, at  3 Morton Street,  Stoughton, MA.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

_____
Deputy Sheriff

Deputy Sheriff James E. Riggs

☐ Return unexecuted:
_____

☐ Name of person with whom the summons and complaint were left:
then residing therein.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion

☐ Served personally upon the defendant.  Place where served:
_____

Check one box below to indicate appropriate method of service

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE |

**RETURN OF SERVICE**

AO 440 (Rev. 10/93) Summons in a Civil Action