AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------------------------------------DISTRICT OF-------------------------------------
## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12
WELFARE, PENSION, ANNUITY, and FRINGE
BENEFIT FUNDS; AND PLUMBERS AND
GASFITTERS LOCAL UNION NO. 12

v.

DOWD PLUMBING CORPORATION; ARTHUR D.
DOWD, JR. GUARANTOR; MARY C. DOWD
GUARANTOR; TWO HARRIS AVENUE REALTY
TRUST, GUARANTOR

05-11077 NG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

   Mary C. Dowd, Guarantor
   375 East Street
   Westwood, MA  02090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Robert M. Cheverie, Esq.
   **ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
   Commerce Center One
   333 East River Drive, Suite 101
   East Hartford, CT  06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              MAY 23 2005

CLERK                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Return unexecuted:_____

**Norfolk County Sheriff's Department** P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

June 15, 2005

I hereby certify and return that on 6/15/2005 at 7:41AM I served a true and attested copy of the summons, complaint and civil cover sheet in this action in the following manner: To wit, by delivering in hand to Mary C Dowd, Guarantor at 375 East Street Westwood MA 02090. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

TRAVEL

Deputy Sheriff James E. Riggs

_____
Deputy Sheriff

return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                          Signature of Server

                                          _____
                                          Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure