AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-----------------------------------------------------DISTRICT OF-------------------------------------

## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12
WELFARE, PENSION, ANNUITY, and FRINGE
BENEFIT FUNDS; AND PLUMBERS AND
GASFITTERS LOCAL UNION NO. 12

**SUMMONS IN A CIVIL CASE**

v.

DOWD PLUMBING CORPORATION; ARTHUR D.
DOWD, JR. GUARANTOR; MARY C. DOWD
GUARANTOR; TWO HARRIS AVENUE REALTY
TRUST, GUARANTOR

CASE NUMBER: **05-11077 NG**

TO: (Name and address of defendant)

TWO HARRIS AVENUE REALTY TRUST
*c/o Its Trustee:*
Arthur D. Dowd
375 East Street
Westwood, MA 02090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Cheverie, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

**SARAH A. THORNTON**

MAY 2 2005

_____
CLERK

DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant. Place where served:_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion
       then residing therein.
       Name of person with whom the summons and complaint were left:_____

☐    Return unexecuted:_____

☐    Other (specify):_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the
return of Service and Statement of Service Fees is true and correct.

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

June 15, 2005

I hereby certify and return that on 6/15/2005 at 7:41AM I served a true and attested copy of the summons, complaint and
civil cover sheet in this action in the following manner: To wit, by delivering in hand to Arthur Dowd , , person in charge
at the time of service for Two Harris Avenue Realty Trust, Guarantor, at 375 East Street, Westwood, MA 02090.Basic
Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.32)
Total Charges $48.82

_____
*Deputy Sheriff*

Deputy Sheriff James E. Riggs