UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, and FRINGE BENEFIT FUNDS; AND PLUMBERS AND GASFITTERS LOCAL UNION NO. 12<br><br>Plaintiffs<br><br>VS.<br><br>DOWD PLUMBING CORPORATION; ARTHUR D. DOWD, JR., GUARANTOR; MARY C. DOWD, GUARANTOR; TWO HARRIS AVENUE REALTY TRUST, GUARANTOR<br><br>Defendants | 05-CV-11077 (NG)<br><br><br><br>SEPTEMBER 23, 2005 |

## NOTICE OF DISMISSAL OF COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiffs hereby withdraw the above-captioned Collection and Breach of Contract Complaint served on Defendants on June 15, 2005 and filed with the Court on June 23, 2005. Defendants did not file an appearance or otherwise answer the Complaint.

All delinquent Funds contributions and late fees owed by the Defendants, and identified in the Complaint, have been received by Plaintiffs through both direct payment from the Defendants and the unpaid balance from a fringe benefit bond. Accordingly, Plaintiffs withdraw the Complaint.

Dated: September 23, 2005

                                                Respectfully submitted,

                                                Robert M. Cheverie, Esq.
                                                ROBERT M. CHEVERIE &
                                                 ASSOCIATES, P.C.
                                                333 East River Drive, Suite 101
                                                East Hartford, CT 06108
                                                (860) 290-9610
                                                BBO# 082320

                                                _____
                                                Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Dismissal of Comp[lai]nt has been forwarded by first class mail to Defendants as follows:

Dowd Plumbing Corporation
c/o Mary Dowd
3 Morton Street
Stoughton, MA  02072

Mary C. Dowd, Guarantor
375 East Street
Westwood, MA  02090

Arthur D. Dowd Jr., Guarantor
375 East Street
Westwood, MA  02090

Two Harris Avenue Realty Trust
c/o Its Trustee
Arthur D. Dowd
375 East Street
Westwood, MA  02090

Robert M. Cheverie

JTF.12FUNDS.DOWD PLUMBING.2005
Withdrawal of Complaint.09-22-05

3